IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

Daniel Costa

vs.

Stateside Tax Group LLC and
Greenlaw Consulting Group Inc.

Defendants

Civil Action No. 3:21-cv-3906-JFA

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii) with each party to bear their own costs.

Respectfully submitted,

s/ Dave Maxfield
David A. Maxfield, Fed ID 6293
Dave Maxfield, Attorney, LLC
P.O. Box 11865
Columbia, South Carolina 29211
(803) 509-6800
(855) 299-1656 (fax)
dave@consumerlawsc.com
*Attorney for Plaintiff*

s/Sarah T. Eibling
Federal Bar No. 9799
Nelson Mullins Riley & Scarborough LLP
P.O. Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000
sarah.eibling@nelsonmullins.com
*Attorney for Defendants Stateside Tax Group LLC*
and *Greenlaw Consulting Group Inc.*

DATED: August 22, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

s/ Dave Maxfield

David A. Maxfield, Fed ID 6293